1030

No. 730. ZSCHERNIG ET AL. *v.* MILLER, ADMINISTRA-
TOR, ET AL. Appeal from Sup. Ct. Ore. Probable juris-
diction noted. *Peter A. Schwabe, Sr.,* for appellants.
*Robert Y. Thornton,* Attorney General of Oregon, and
*Wayne M. Thompson,* Assistant Attorney General, for
appellee State Land Board of Oregon. *Solicitor General
Marshall* filed a memorandum for the United States, by
invitation of the Court, 385 U. S. 998.

No. 1185. SIMON ET AL. *v.* WHARTON, TRUSTEE IN
BANKRUPTCY. C. A. 2d Cir. Certiorari granted. *Mar-
vin Schwartz* for petitioners. *Arthur Hill Christy* for
respondent.

No. 850. BURBRIDGE ET AL. *v.* CALIFORNIA. Sup. Ct.
Cal. Certiorari denied. *Aubrey Grossman* for petitioners.

No. 1047. BRUCE *v.* UNITED STATES. C. A. 5th Cir.
Certiorari denied. *Homer L. Bruce,* petitioner, *pro se.*
*Solicitor General Marshall, Assistant Attorney General
Rogovin, Grant W. Wiprud* and *Thomas L. Stapleton*
for the United States.

No. 1059. SOUTHERN PACIFIC LAND Co. *v.* UNITED
STATES. C. A. 9th Cir. Certiorari denied. *Walter H.
Stammer* and *Roy Jerome* for petitioner. *Solicitor Gen-
eral Marshall, Assistant Attorney General Weisl* and
*Roger P. Marquis* for the United States.